In the Matter of JORGE L. LINARES, Appellant, v ANDREA W. EVANS, as Chair of the Division of Parole, Respondent.

Submitted July 27, 2015; decided August 27, 2015

Motion by Columbia Law School Prisoners and Families Clinic of Morningside Heights Legal Services for leave to file a brief amicus curiae on the appeal herein granted and the

proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge STEIN taking no part.